UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

DEQUAN GELZER,

                                      Plaintiff,

               -against-

CITY OF NEW YORK; DT. EMERAH ATES, (Shield #257);
DT. ANDRE BLAKE, (Tax ID # 939924); DT. KARANLALL
BRIJBUKHAN, (Shield # 660); P.O. JOHN PAUL CATANO,
(Shield # 210); P.O. JUNER CEVALLOS, (Tax ID # 945897);
SGT. OMAR COLON (TAX ID # 929921); DT. JOSEPH
FERNANDEZ, (Shield# 1815); DT. DMAINE FREELAND,
(Shield # 4615); DT. SEAN GILLESPIE, (Shield 2626); DEP.
INSP. FERNANDO GUIMARAES, (Tax ID # 915848); DT.
JOHN MCHUGH, (Shield # 581); DT. GABRIEL
NACELEWICZ, (Shield # 6511), DT. ANTONIO SANTANA,
(Shield # 6279); DT. TINA STUART, (Shield# 3291); in their
individual and official capacities; and P.O. JOHN DOE #1, in
his individual and official capacities, (the name John Doe
being fictitious, as the true name is presently unknown)

                                        Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-cv-06118 (AMD) (VMS)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 7, 2017

| | |
|---|---|
| LAW OFFICES OF STEVEN E. LYNCH<br>*Attorneys for Plaintiff*<br>65 Broadway, Suite 747<br>New York, New York 10006 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>  *Necelewicz, Ates, Blake, Brijbukhan,*<br>  *Catano, Cevellos, Colon, Fernandez,*<br>  *Freeland, Gillespie, Guimares, McHugh,*<br>  *Santana, and Stuart*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: _____<br>    Steven E. Lynch<br>    *Attorney for Plaintiff* | By: _____<br>    Matthew Stein<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017